STATE, ex rel. LILLIAN BLAND v. W. H. SMITH, Chief of Police of the City of Orlando.

159 So. 29.

Opinion Filed January 30, 1935.

*W. Theo Woodward,* and *W. Dow Woodward,* for Petitioner;

*E. W. Davis* and *Merton S. Horrell,* for Respondent.

TERRELL, J.—The petitioner in this case was the wife of the petitioner in State, *ex rel.* L. E. Bland v. W. H. Smith, Chief of Police of the City of Orlando, decided this date (See foregoing opinion). The controlling facts in this case are the same as those in the latter case. The arrest, trial, and conviction were of like character.

The petitioner here is accordingly discharged.

ELLIS, P. J., and BUFORD, J., concur.

WHITFIELD, C. J., and DAVIS, J., concur in the opinion and judgment.